IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON HARDIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-01286 T/A |
| | ) | |
| MORNINGSIDE OF JACKSON, LLC, | ) | |
| d/b/a MORNINGSIDE ASSISTED | ) | |
| LIVING OF JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD

It appears to the Court, for good cause shown, that the Defendant's Motion for an Extension of Time Within Which to Answer or Otherwise Plead is well taken and, therefore, is **GRANTED**, and Defendant shall have until November 4, 2005 to file its answer or otherwise plead.

S. Thomas Anderson
JUDGE

Date: October 03, 2005

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 10-06-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01286 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Lowe Finney
Hardee & Martin
213 East Lafayette Street
Jackson, TN 38301

David Hardee
HARDEE MARTIN DAUSTER & DONAHOE
213 E. Lafayette Street
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT